EXHIBIT A

| Account | DisputeID | HCPC | Payor Grouping | Plan Sponsor | Plan Name | Decision Date | IDR award | Paid | Balance Owed | ERISA? |
|---|---|---|---|---|---|---|---|---|---|---|
| 405550 | DISP-4638084 | A0431 | BCBS IN | ACA Exchange | N/A | 1/14/2026 | $40,714.71 | $11,328.46 | $29,386.25 | No |
| 405550 | DISP-5861570 | A0436 | BCBS IN | ACA Exchange | N/A | 6/1/2026 | $9,986.14 | $1,685.21 | $8,300.93 | No |
| 411478 | DISP-2278824 | A0431 | BCBS IN | ACA Exchange | N/A | 5/1/2026 | $39,028.37 | $10,829.96 | $28,198.41 | No |
| 417739 | DISP-5405354 | A0431 | BCBS IN | ACA Exchange | N/A | 6/18/2026 | $40,714.71 | $11,042.25 | $29,672.46 | No |
| 427430 | DISP-5696643 | A0431 | BCBS IN | ACA Exchange | N/A | 4/14/2026 | $42,009.05 | $11,328.46 | $30,680.59 | No |
| 434073 | DISP-5405467 | A0431 | BCBS IN | ACA Exchange | N/A | 6/10/2026 | $42,009.05 | $15,867.80 | $26,141.25 | No |
| 435247 | DISP-4508925 | A0436 | BCBS IN | ACA Exchange | N/A | 2/25/2026 | $25,982.84 | $8,505.12 | $17,477.72 | No |
| 435247 | DISP-4610330 | A0431 | BCBS IN | ACA Exchange | N/A | 4/16/2026 | $42,009.05 | $21,656.51 | $20,352.54 | No |
| 435886 | DISP-4828346 | A0436 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $74,507.88 | $22,068.90 | $52,438.98 | No |
| 437118 | DISP-6004670 | A0431 | BCBS IN | ACA Exchange | N/A | 6/26/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |
| 437118 | DISP-6004671 | A0436 | BCBS IN | ACA Exchange | N/A | 6/26/2026 | $17,919.20 | $4,746.00 | $13,173.20 | No |
| 437732 | DISP-5099607 | A0431 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $42,009.05 | $11,451.36 | $30,557.69 | No |
| 437732 | DISP-5099608 | A0436 | BCBS IN | ACA Exchange | N/A | 5/26/2026 | $24,190.92 | $6,407.10 | $17,783.82 | No |
| 438796 | DISP-6323777 | A0436 | BCBS IN | ACA Exchange | N/A | 6/18/2026 | $16,127.28 | $4,271.40 | $11,855.88 | No |
| 438923 | DISP-4846665 | A0436 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $15,231.32 | $2,165.02 | $13,066.30 | No |
| 439651 | DISP-5138825 | A0431 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $42,009.05 | $17,574.33 | $24,434.72 | No |
| 439651 | DISP-5138826 | A0436 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $16,127.28 | $4,271.40 | $11,855.88 | No |
| 440235 | DISP-5165395 | A0431 | BCBS IN | ACA Exchange | N/A | 3/17/2026 | $42,009.05 | $13,233.87 | $28,775.18 | No |
| 440235 | DISP-5165396 | A0436 | BCBS IN | ACA Exchange | N/A | 2/24/2026 | $21,951.02 | $5,813.85 | $16,137.17 | No |
| 441087 | DISP-4773732 | A0431 | BCBS IN | ACA Exchange | N/A | 1/14/2026 | $42,009.05 | $11,681.87 | $30,327.18 | No |
| 441087 | DISP-4773733 | A0436 | BCBS IN | ACA Exchange | N/A | 1/8/2026 | $55,101.54 | $9,729.30 | $45,372.24 | No |
| 444880 | DISP-5126981 | A0431 | BCBS IN | ACA Exchange | N/A | 5/28/2026 | $42,009.05 | $4,217.40 | $37,791.65 | No |
| 444880 | DISP-5126982 | A0436 | BCBS IN | ACA Exchange | N/A | 5/25/2026 | $66,749.02 | $11,785.90 | $54,963.12 | No |
| 446082 | DISP-5289601 | A0431 | BCBS IN | ACA Exchange | N/A | 6/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |
| 446082 | DISP-5289602 | A0436 | BCBS IN | ACA Exchange | N/A | 6/12/2026 | $25,086.88 | $4,390.05 | $20,696.83 | No |
| 448160 | DISP-5814982 | A0431 | BCBS IN | ACA Exchange | N/A | 5/20/2026 | $42,009.05 | $16,500.59 | $25,508.46 | No |
| 448160 | DISP-5814983 | A0436 | BCBS IN | ACA Exchange | N/A | 5/27/2026 | $24,190.92 | $6,407.10 | $17,783.82 | No |
| 449424 | DISP-6108550 | A0431 | BCBS IN | ACA Exchange | N/A | 6/30/2026 | $43,123.60 | $8,000.43 | $35,123.17 | No |
| 433228 | DISP-4242440 | A0436 | BCBS IN | Accuburn of Williamsport | Accuburn of Williamsport Employee Health and Welfare Benefit Plan | 6/19/2026 | $26,712.84 | $4,835.82 | $21,877.02 | Yes |
| 437742 | DISP-4800235 | A0436 | BCBS IN | Aisin Holdings of America, Inc. | Aisin Holdings of America, Inc. Employee Benefits Plan | 5/4/2026 | $14,335.36 | $3,796.80 | $10,538.56 | Yes |
| 442505 | DISP-5027111 | A0431 | BCBS IN | Aisin Holdings of America, Inc. | Aisin Holdings of America, Inc. Employee Benefits Plan | 2/3/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 442505 | DISP-5027112 | A0436 | BCBS IN | Aisin Holdings of America, Inc. | Aisin Holdings of America, Inc. Employee Benefits Plan | 2/19/2026 | $20,607.08 | $4,034.10 | $16,572.98 | Yes |
| 444435 | DISP-5532017 | A0431 | BCBS IN | Aisin Holdings of America, Inc. | Aisin Holdings of America, Inc. Employee Benefits Plan | 4/13/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 444435 | DISP-5548840 | A0436 | BCBS IN | Aisin Holdings of America, Inc. | Aisin Holdings of America, Inc. Employee Benefits Plan | 5/26/2026 | $25,086.88 | $6,644.40 | $18,442.48 | Yes |
| 443094 | DISP-5208160 | A0431 | BCBS IN | Allison Transmission, Inc. | Allison Transmission, Inc. Employee Benefit Plan | 5/28/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443094 | DISP-5208161 | A0436 | BCBS IN | Allison Transmission, Inc. | Allison Transmission, Inc. Employee Benefit Plan | 6/12/2026 | $27,774.76 | $7,356.30 | $20,418.46 | Yes |
| 438016 | DISP-4360516 | A0436 | BCBS IN | Amacor | Amacor Health and Welfare Benefit Plan | 1/8/2026 | $13,887.38 | $2,452.10 | $11,435.28 | Yes |
| 444093 | DISP-5126740 | A0431 | BCBS IN | American Senior Communities, LLC | American Senior Communities, LLC Master Welfare Plan | 5/19/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 444093 | DISP-6042125 | A0436 | BCBS IN | American Senior Communities, LLC | American Senior Communities, LLC Master Welfare Plan | 6/23/2026 | $14,783.34 | $3,915.45 | $10,867.89 | Yes |
| 445270 | DISP-5696439 | A0431 | BCBS IN | American Water Works Company, Inc. | Group Insurance Plan for Active Employees of American Water Works CO., Inc. & Its Designated Subsidiaries & Affiliates | 5/11/2026 | $42,009.05 | $12,475.00 | $29,534.05 | Yes |
| 445270 | DISP-5696440 | A0436 | BCBS IN | American Water Works Company, Inc. | Group Insurance Plan for Active Employees of American Water Works CO., Inc. & Its Designated Subsidiaries & Affiliates | 5/4/2026 | $21,503.04 | $6,048.00 | $15,455.04 | Yes |
| 398653 | DISP-4485787 | A0436 | BCBS IN | Ardagh Glass Inc. | Ardagh Glass Inc. Group Benefits Plan | 6/22/2026 | $29,031.92 | $11,520.00 | $17,511.92 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 440384 | DISP-5277825 | A0431 | BCBS IN | Best Aire Compressor Services | Best Aire Compressor Services Employee Health and Welfare Benefit Plan | 5/28/2026 | $42,009.05 | $9,806.15 | $32,202.90 | Yes |
| 440384 | DISP-5277826 | A0436 | BCBS IN | Best Aire Compressor Services | Best Aire Compressor Services Employee Health and Welfare Benefit Plan | 6/12/2026 | $31,806.58 | $8,424.15 | $23,382.43 | Yes |
| 435239 | DISP-4749529 | A0431 | BCBS IN | Board of Trustees - Chicago & Vicinity Laborers District Council | Chicago & Vicinity Laborers District Council Health and Welfare Benefit Fund | 4/17/2026 | $42,009.05 | $12,090.00 | $29,919.05 | Yes |
| 435239 | DISP-4749530 | A0436 | BCBS IN | Board of Trustees - Chicago & Vicinity Laborers District Council | Chicago & Vicinity Laborers District Council Health and Welfare Benefit Fund | 5/23/2026 | $28,222.74 | $7,692.93 | $20,529.81 | Yes |
| 398428 | DISP-1705393 | A0431 | BCBS IN | Board of Trustees - Mid Central Operating Engineers Health and Welfare | Mid Central Operating Engineers Health and Welfare Fund | 4/22/2026 | $35,052.70 | $0.00 | $35,052.70 | Yes |
| 438999 | DISP-5084437 | A0431 | BCBS IN | Board of Trustees - Mid Central Operating Engineers Health and Welfare | Mid Central Operating Engineers Health and Welfare Fund | 5/25/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 441747 | DISP-5413076 | A0431 | BCBS IN | Board of Trustees - Mid Central Operating Engineers Health and Welfare | Mid Central Operating Engineers Health and Welfare Fund | 5/22/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 441747 | DISP-5413078 | A0436 | BCBS IN | Board of Trustees - Mid Central Operating Engineers Health and Welfare | Mid Central Operating Engineers Health and Welfare Fund | 6/9/2026 | $26,878.80 | $7,119.00 | $19,759.80 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 442063 | DISP-4749070 | A0431 | BCBS IN | Board of Trustees of Heartland Healthcare Fund | Heartland Healthcare Fund | 1/9/2026 | $42,009.05 | $14,150.07 | $27,858.98 | Yes |
| 442063 | DISP-4749071 | A0436 | BCBS IN | Board of Trustees of Heartland Healthcare Fund | Heartland Healthcare Fund | 1/7/2026 | $14,783.34 | $3,310.23 | $11,473.11 | Yes |
| 432563 | DISP-5349870 | A0436 | BCBS IN | Board of Trustees of Line Construction Benefit Fund | Line Construction Benefit Fund | 6/11/2026 | $19,711.12 | $5,372.84 | $14,338.28 | Yes |
| 446491 | DISP-6091848 | A0436 | BCBS IN | Board of Trustees of Line Construction Benefit Fund | Line Construction Benefit Fund | 6/30/2026 | $30,910.62 | $8,694.00 | $22,216.62 | Yes |
| 432563 | DISP-4738283 | A0431 | BCBS IN | Board of Trustees of Line Construction Benefit Fund | Line Construction Benefit Fund | 1/8/2026 | $42,009.05 | $12,090.00 | $29,919.05 | Yes |
| 435721 | DISP-4709218 | A0431 | BCBS IN | Board of Trustees of the Heartland Health and Wellness Fund | Heartland Health and Wellness Fund | 4/17/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 433684 | DISP-5153161 | A0431 | BCBS IN | Board of Trustess of the Sheet Metal Workers Local 20 Welfare Fund | Sheet Metal Workers Local 20 Welfare Fund | 2/24/2026 | $42,009.05 | $10,222.00 | $31,787.05 | Yes |
| 433684 | DISP-5153163 | A0436 | BCBS IN | Board of Trustess of the Sheet Metal Workers Local 20 Welfare Fund | Sheet Metal Workers Local 20 Welfare Fund | 3/27/2026 | $14,783.34 | $3,839.84 | $10,943.50 | Yes |
| 450300 | DISP-6122696 | A0431 | BCBS IN | Board of Trustess of the Wv/Wci School Trust | Wv/Wci School Trust | 6/26/2026 | $43,123.60 | $11,939.32 | $31,184.28 | No |
| 450300 | DISP-6122698 | A0436 | BCBS IN | Board of Trustess of the Wv/Wci School Trust | Wv/Wci School Trust | 6/26/2026 | $28,971.81 | $5,082.21 | $23,889.60 | No |
| 434564 | DISP-4913418 | A0431 | BCBS IN | Central States, SE and SW Areas Health and Pension Funds | Central States Flexible Benefits Plan | 5/5/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 434564 | DISP-4913419 | A0436 | BCBS IN | Central States, SE and SW Areas Health and Pension Funds | Central States Flexible Benefits Plan | 5/5/2026 | $14,335.36 | $3,209.92 | $11,125.44 | Yes |
| 442555 | DISP-5036859 | A0431 | BCBS IN | Central States, SE and SW Areas Health and Pension Funds | Central States Flexible Benefits Plan | 2/3/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 442555 | DISP-5036860 | A0436 | BCBS IN | Central States, SE and SW Areas Health and Pension Funds | Central States Flexible Benefits Plan | 2/25/2026 | $12,095.46 | $2,135.70 | $9,959.76 | Yes |
| 445288 | DISP-5263282 | A0431 | BCBS IN | Century Aluminum Sebree LLC | Century Aluminum Sebree LLC Health and Welfare Benefit Plan | 6/12/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 445288 | DISP-5263283 | A0436 | BCBS IN | Century Aluminum Sebree LLC | Century Aluminum Sebree LLC Health and Welfare Benefit Plan | 5/28/2026 | $68,092.96 | $15,247.12 | $52,845.84 | Yes |
| 435171 | DISP-4444905 | A0431 | BCBS IN | Champlain Housing Trust, Inc. | Champlain Housing Trust Health & Welfare Benefit Plan | 1/16/2026 | $42,009.05 | $0.00 | $42,009.05 | Yes |
| 435938 | DISP-5560626 | A0431 | BCBS IN | Churchill Downs Incorporated | Churchill Downs Incorporated Employee Health and Welfare Benefit Plan | 4/16/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 435938 | DISP-5560627 | A0436 | BCBS IN | Churchill Downs Incorporated | Churchill Downs Incorporated Employee Health and Welfare Benefit Plan | 5/26/2026 | $8,959.60 | $2,373.00 | $6,586.60 | Yes |
| 437302 | DISP-4979534 | A0431 | BCBS IN | City of Madison | City of Madison Employee Health and Welfare Benefit Plan | 5/25/2026 | $42,009.05 | $17,522.23 | $24,486.82 | No |
| 437302 | DISP-4983327 | A0436 | BCBS IN | City of Madison | City of Madison Employee Health and Welfare Benefit Plan | 5/25/2026 | $19,711.12 | $5,220.60 | $14,490.52 | No |
| 448730 | DISP-6020120 | A0431 | BCBS IN | Columbia Sportswear Company | Group Insurance Plan for Columbia Sportswear Company | 6/26/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 437951 | DISP-5084295 | A0431 | BCBS IN | Compsych Management Corporation | Compsych Management Corporation Welfare Benefit Plan | 6/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 437241 | DISP-5093651 | A0431 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 2/18/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 437935 | DISP-5220340 | A0431 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 5/28/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 441386 | DISP-5262936 | A0431 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 5/28/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 441386 | DISP-5262937 | A0436 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 6/12/2026 | $17,919.20 | $3,164.00 | $14,755.20 | Yes |
| 443096 | DISP-5220477 | A0431 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 6/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443096 | DISP-5790597 | A0436 | BCBS IN | Cummins Inc. | Cummins Inc Group Insurance Plan | 5/21/2026 | $31,358.60 | $8,305.50 | $23,053.10 | Yes |
| 439023 | DISP-5065131 | A0431 | BCBS IN | Donaldson Company, Inc. | Donaldson Company, Inc. Comprehensive Welfare Benefit Plan | 5/28/2026 | $42,009.05 | $12,090.00 | $29,919.05 | Yes |
| 439023 | DISP-5065132 | A0436 | BCBS IN | Donaldson Company, Inc. | Donaldson Company, Inc. Comprehensive Welfare Benefit Plan | 5/25/2026 | $24,190.92 | $6,593.94 | $17,596.98 | Yes |
| 443986 | DISP-5587432 | A0436 | BCBS IN | Draper, Inc. | Draper, Inc. Group Health Plan | 4/23/2026 | $21,055.06 | $5,576.55 | $15,478.51 | Yes |
| 443986 | DISP-6323325 | A0431 | BCBS IN | Draper, Inc. | Draper, Inc. Group Health Plan | 6/18/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 437524 | DISP-4544457 | A0431 | BCBS IN | Draper, Inc. | Draper, Inc. Group Health Plan | 2/25/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 444140 | DISP-5220655 | A0431 | BCBS IN | Eli Lilly and Company | The Lilly Employee Welfare Plan | 6/12/2026 | $42,009.05 | $11,227.50 | $30,781.55 | Yes |
| 444140 | DISP-5220656 | A0436 | BCBS IN | Eli Lilly and Company | The Lilly Employee Welfare Plan | 3/5/2026 | $36,734.36 | $9,928.31 | $26,806.05 | Yes |
| 437623 | DISP-5144330 | A0431 | BCBS IN | Enkei America, Inc. | Enkei America, Inc. Employee Benefit Plan | 3/14/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 437623 | DISP-5188822 | A0436 | BCBS IN | Enkei America, Inc. | Enkei America, Inc. Employee Benefit Plan | 3/11/2026 | $25,534.86 | $4,508.70 | $21,026.16 | Yes |
| 440195 | DISP-5277250 | A0431 | BCBS IN | Fca US, LLC | Fca US, LLC Employee Health and Welfare Benefit Plan | 5/28/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 440195 | DISP-5277252 | A0436 | BCBS IN | Fca US, LLC | Fca US, LLC Employee Health and Welfare Benefit Plan | 5/28/2026 | $18,367.18 | $3,243.10 | $15,124.08 | Yes |
| 436659 | DISP-5392615 | A0436 | BCBS IN | General Motors LLC | General Motors Health Care Program for Hourly Rate Employees | 4/17/2026 | $34,046.48 | $9,017.40 | $25,029.08 | Yes |
| 440790 | DISP-5375662 | A0436 | BCBS IN | General Motors LLC | General Motors Health Care Program for Hourly Rate Employees | 6/10/2026 | $20,807.91 | $3,243.10 | $17,564.81 | Yes |
| 440790 | DISP-5628098 | A0431 | BCBS IN | General Motors LLC | General Motors Health Care Program for Hourly Rate Employees | 4/30/2026 | $46,625.71 | $11,608.04 | $35,017.67 | Yes |
| 448123 | DISP-5685558 | A0431 | BCBS IN | Girtz Industries, Inc. | Girtz Industries Inc Health Plan | 5/6/2026 | $42,009.05 | $11,681.48 | $30,327.57 | Yes |
| 439917 | DISP-4599829 | A0436 | BCBS IN | Heritage Distributing, Inc. | Heritage Distributing, Inc. Health and Welfare Plan | 6/23/2026 | $22,399.00 | $2,321.46 | $20,077.54 | Yes |
| 440876 | DISP-5100169 | A0431 | BCBS IN | Heritage Hardwoods of Kentucky | Heritage Hardwoods of Kentucky Employee Health and Welfare Benefit Plan | 3/27/2026 | $42,009.05 | $14,436.59 | $27,572.46 | Yes |
| 440876 | DISP-5100170 | A0436 | BCBS IN | Heritage Hardwoods of Kentucky | Heritage Hardwoods of Kentucky Employee Health and Welfare Benefit Plan | 2/24/2026 | $14,783.34 | $3,109.52 | $11,673.82 | Yes |
| 443914 | DISP-5547516 | A0431 | BCBS IN | ILAB, LLC | ILAB, LLC Welfare Benefit Plan | 5/1/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 439853 | DISP-6080172 | A0436 | BCBS IN | Indiana Automotive Fasteners, Inc. | Indiana Automotive Fasteners Welfare Benefit Plan | 6/30/2026 | $24,190.92 | $5,339.25 | $18,851.67 | Yes |
| 439853 | DISP-5153440 | A0431 | BCBS IN | Indiana Automotive Fasteners, Inc. | Indiana Automotive Fasteners Welfare Benefit Plan | 3/13/2026 | $42,009.05 | $16,502.84 | $25,506.21 | Yes |
| 433404 | DISP-4944721 | A0431 | BCBS IN | International Union of Operating Engineers | Operating Engineers Group Insurance Plan | 1/21/2026 | $42,009.05 | $15,094.26 | $26,914.79 | Yes |
| 433404 | DISP-4944723 | A0436 | BCBS IN | International Union of Operating Engineers | Operating Engineers Group Insurance Plan | 3/19/2026 | $27,326.78 | $6,712.86 | $20,613.92 | Yes |
| 437434 | DISP-5132141 | A0436 | BCBS IN | Jennings County | Jennings County Employee Health and Welfare Benefit Plan | 5/28/2026 | $19,711.12 | $5,220.60 | $14,490.52 | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 433411 | DISP-4786355 | A0436 | BCBS IN | Kimball International | Kimball International, Inc. Master Welfare Benefits Plan | 4/17/2026 | $13,219.14 | $3,915.45 | $9,303.69 | Yes |
| 434849 | DISP-4306582 | A0436 | BCBS IN | Kimball International | Kimball International, Inc. Master Welfare Benefits Plan | 1/2/2026 | $26,629.02 | $6,288.45 | $20,340.57 | Yes |
| 443378 | DISP-5181690 | A0431 | BCBS IN | Knauf Insulation Inc. | Knauf Insulation Inc. Employee Benefit Plan | 4/28/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443378 | DISP-5181691 | A0436 | BCBS IN | Knauf Insulation Inc. | Knauf Insulation Inc. Employee Benefit Plan | 3/24/2026 | $20,159.10 | $5,339.25 | $14,819.85 | Yes |
| 442753 | DISP-5055689 | A0431 | BCBS IN | Lafayette School Corporation | Lafayette School Corporation Employee Health and Welfare Benefit Plan | 2/13/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |
| 442753 | DISP-5055690 | A0436 | BCBS IN | Lafayette School Corporation | Lafayette School Corporation Employee Health and Welfare Benefit Plan | 2/6/2026 | $29,118.70 | $7,712.25 | $21,406.45 | No |
| 435464 | DISP-5875660 | A0436 | BCBS IN | Landmark Dividend LLC | Landmark Dividend LLC Health and Welfare Plan | 5/28/2026 | $19,711.12 | $5,101.95 | $14,609.17 | Yes |
| 442148 | DISP-5826695 | A0436 | BCBS IN | Ler TechForce LLC | Ler TechForce LLC Welfare Benefit Plan | 5/26/2026 | $16,575.26 | $4,390.05 | $12,185.21 | Yes |
| 446852 | DISP-5629453 | A0431 | BCBS IN | MASE Insurance Trust | MASE Insurance Trust Employee Health and Welfare Benefit Plan | 5/4/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |
| 437567 | DISP-5390889 | A0431 | BCBS IN | Meijer, Inc. | Meijer Welfare Benefits Plan | 6/10/2026 | $42,009.05 | $9,887.46 | $32,121.59 | Yes |
| 437567 | DISP-5390890 | A0436 | BCBS IN | Meijer, Inc. | Meijer Welfare Benefits Plan | 6/10/2026 | $17,919.20 | $4,746.00 | $13,173.20 | Yes |
| 445086 | DISP-5220891 | A0431 | BCBS IN | Michael Lichtenberg & Sons Construction, Inc. | Michael Lichtenberg & Sons Construction, Inc. Employee Health and Welfare Benefit Plan | 5/28/2026 | $42,009.05 | $17,231.79 | $24,777.26 | Yes |
| 445086 | DISP-5220893 | A0436 | BCBS IN | Michael Lichtenberg & Sons Construction, Inc. | Michael Lichtenberg & Sons Construction, Inc. Employee Health and Welfare Benefit Plan | 5/28/2026 | $21,055.06 | $5,576.55 | $15,478.51 | Yes |
| 444569 | DISP-5289939 | A0431 | BCBS IN | Muncie Community Schools | Muncie Community Schools Employee Health and Welfare Benefit Plan | 3/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 444569 | DISP-5289940 | A0436 | BCBS IN | Muncie Community Schools | Muncie Community Schools Employee Health and Welfare Benefit Plan | 6/12/2026 | $20,607.08 | $5,457.90 | $15,149.18 | No |
| 445802 | DISP-5532724 | A0431 | BCBS IN | Nippon Pipe Steel America | Nippon Steel Pipe America, Inc. Employee Benefit Plan | 6/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 445802 | DISP-5532726 | A0436 | BCBS IN | Nippon Pipe Steel America | Nippon Steel Pipe America, Inc. Employee Benefit Plan | 4/24/2026 | $15,679.30 | $4,152.75 | $11,526.55 | Yes |
| | DISP-5278165 | A0431 | BCBS IN | North Vermillion Community School Corporation | North Vermillion Community School Corporation Employee Health and Welfare Benefit Plan | 5/28/2026 | $42,009.05 | $17,512.26 | $24,496.79 | No |
| 442841 | DISP-5278166 | A0436 | BCBS IN | North Vermillion Community School Corporation | North Vermillion Community School Corporation Employee Health and Welfare Benefit Plan | 6/12/2026 | $29,566.68 | $7,830.90 | $21,735.78 | No |
| 440242 | DISP-5366962 | A0431 | BCBS IN | Old National Bancorp | Old National Bancorp Employee Welfare Benefits Plan | 6/12/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443696 | DISP-5065469 | A0436 | BCBS IN | Pepsico, Inc. | Pepsico Employee Health Care Program | 3/13/2026 | $28,222.74 | $7,144.20 | $21,078.54 | Yes |
| 402753 | DISP-1355721 | A0436 | BCBS IN | Planned Parenthood Great Northwest Hawaii Alaska Indiana Kentucky | Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky Group Health and Welfare Plan | 2/9/2026 | $52,022.82 | $9,818.18 | $42,204.64 | Yes |
| 399227 | DISP-1310160 | A0436 | BCBS IN | Premier Heating and Air | Premier Heating and Air Self Funded Medical Reimbursement Plan | 4/10/2026 | $63,753.92 | $20,040.00 | $43,713.92 | Yes |
| 443613 | DISP-5037023 | A0431 | BCBS IN | R1 RCM Holdco Inc. | R1 RCM Holdco Inc. Employee Benefits Plan | 3/10/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 443613 | DISP-5892468 | A0436 | BCBS IN | R1 RCM Holdco Inc. | R1 RCM Holdco Inc. Employee Benefits Plan | 6/9/2026 | $15,231.32 | $3,410.54 | $11,820.78 | Yes |
| 440375 | DISP-4600054 | A0431 | BCBS IN | R1 RCM Holdco, Inc. | R1 RCM Holdco Inc. Employee Benefits Plan | 1/13/2026 | $42,009.05 | $17,026.30 | $24,982.75 | Yes |
| 446303 | DISP-5208602 | A0431 | BCBS IN | Red Gold, Inc. | Red Gold, Inc. Employee Benefit Plan | 3/2/2026 | $42,009.05 | $10,427.33 | $31,581.72 | Yes |
| 446303 | DISP-5208604 | A0436 | BCBS IN | Red Gold, Inc. | Red Gold, Inc. Employee Benefit Plan | 3/16/2026 | $14,335.36 | $2,128.00 | $12,207.36 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 446090 | DISP-5588192 | A0431 | BCBS IN | Rolls Royce North America, Inc. | Rolls Royce North America, Inc. Employee Health and Welfare Benefit Plan | 4/23/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 446090 | DISP-5588193 | A0436 | BCBS IN | Rolls Royce North America, Inc. | Rolls Royce North America, Inc. Employee Health and Welfare Benefit Plan | 5/22/2026 | $9,855.56 | $1,740.20 | $8,115.36 | Yes |
| 446668 | DISP-5577823 | A0431 | BCBS IN | Samtec, Inc. | Samtec, Inc. Group Health and Welfare Plan | 5/22/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 446668 | DISP-5577824 | A0436 | BCBS IN | Samtec, Inc. | Samtec, Inc. Group Health and Welfare Plan | 5/22/2026 | $34,942.44 | $9,254.70 | $25,687.74 | Yes |
| 436735 | DISP-5842025 | A0431 | BCBS IN | SRG Global, Inc. | SRG Global Post-Employment Benefit Plan | 5/27/2026 | $42,009.05 | $16,292.53 | $25,716.52 | Yes |
| 435231 | DISP-4773149 | A0436 | BCBS IN | State Farm Mutual Automobile Insurance Company | Group Health and Welfare Plan for United States Employees | 1/7/2026 | $57,789.42 | $12,939.99 | $44,849.43 | Yes |
| 435231 | DISP-5037201 | A0431 | BCBS IN | State Farm Mutual Automobile Insurance Company | Group Health and Welfare Plan for United States Employees | 3/11/2026 | $42,009.05 | $14,203.52 | $27,805.53 | Yes |
| 436653 | DISP-5020077 | A0431 | BCBS IN | Subaru of Indiana Automotive, Inc. | Subaru of Indiana Automotive, Inc. Health and Wellness Plan | 5/22/2026 | $36,733.40 | $9,559.07 | $27,174.33 | Yes |
| 440777 | DISP-4773488 | A0431 | BCBS IN | Subaru of Indiana Automotive, Inc. | Subaru of Indiana Automotive, Inc. Health and Wellness Plan | 1/7/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 440777 | DISP-4773489 | A0436 | BCBS IN | Subaru of Indiana Automotive, Inc. | Subaru of Indiana Automotive, Inc. Health and Wellness Plan | 1/8/2026 | $22,399.00 | $3,955.00 | $18,444.00 | Yes |
| 443316 | DISP-5628786 | A0431 | BCBS IN | Taylor University | Taylor University Employee Benefit Plan | 4/27/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443316 | DISP-5628787 | A0436 | BCBS IN | Taylor University | Taylor University Employee Benefit Plan | 4/30/2026 | $14,783.34 | $3,915.45 | $10,867.89 | Yes |
| 446067 | DISP-5430711 | A0431 | BCBS IN | The Allstate Corporation | The Allstate Corporation Employee Health and Welfare Benefit Plan | 4/24/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 446067 | DISP-5430712 | A0436 | BCBS IN | The Allstate Corporation | The Allstate Corporation Employee Health and Welfare Benefit Plan | 4/24/2026 | $14,783.34 | $3,310.23 | $11,473.11 | Yes |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 442824 | DISP-5559827 | A0431 | BCBS IN | The Board of Trustees, National Railway Carriers & UTU Health and Welfare Plan | The Smart-Td Health & Welfare Plan | 5/26/2026 | $42,009.05 | $12,475.00 | $29,534.05 | Yes |
| 437264 | DISP-4828653 | A0436 | BCBS IN | The Ford Meter Box Company, Inc. | The Ford Meter Box Company, Inc. Employee Benefit Plan | 4/17/2026 | $38,733.12 | $11,390.40 | $27,342.72 | Yes |
| 436890 | DISP-4837446 | A0431 | BCBS IN | The Kroger CO. | The Kroger CO. Health and Welfare Benefit Plan | 1/16/2026 | $42,009.05 | $12,090.00 | $29,919.05 | Yes |
| 436890 | DISP-4837448 | A0436 | BCBS IN | The Kroger CO. | The Kroger CO. Health and Welfare Benefit Plan | 1/9/2026 | $20,159.10 | $5,494.95 | $14,664.15 | Yes |
| 437554 | DISP-4810733 | A0431 | BCBS IN | Titanium Metals Corporation | TMC Group Health & Welfare Plan | 5/4/2026 | $42,009.05 | $15,232.33 | $26,776.72 | Yes |
| 436816 | DISP-4659044 | A0436 | BCBS IN | Toyota Industries North America, Inc. | Toyota Industries North America, Inc. Welfare Benefit Plan | 1/16/2026 | $34,046.48 | $6,011.60 | $28,034.88 | Yes |
| 444678 | DISP-5139672 | A0431 | BCBS IN | Trademark Mechanical | Trademark Mechanical Employee Health and Welfare Benefit Plan | 5/25/2026 | $42,009.05 | $15,459.82 | $26,549.23 | Yes |
| 448279 | DISP-6038207 | A0431 | BCBS IN | Tristar, Inc. | Tristar Employee Benefits Plan | 6/19/2026 | $42,009.05 | $17,515.88 | $24,493.17 | Yes |
| 448279 | DISP-6038208 | A0436 | BCBS IN | Tristar, Inc. | Tristar Employee Benefits Plan | 6/22/2026 | $33,598.50 | $8,898.75 | $24,699.75 | Yes |
| 446599 | DISP-5533278 | A0436 | BCBS IN | unknown | unknown | 6/3/2026 | $31,358.60 | $5,128.90 | $26,229.70 | no |
| 432764 | DISP-6094003 | A0436 | BCBS IN | Unknown | Unknown | 6/30/2026 | $32,254.56 | $8,542.80 | $23,711.76 | unknown |
| 432801 | DISP-3784806 | A0431 | BCBS IN | Unknown | Unknown | 1/2/2026 | $37,614.61 | $12,090.00 | $25,524.61 | unknown |
| 434192 | DISP-4650839 | A0431 | BCBS IN | Unknown | Unknown | 3/11/2026 | $42,009.05 | $17,512.26 | $24,496.79 | unknown |
| 434192 | DISP-4650840 | A0436 | BCBS IN | Unknown | Unknown | 1/6/2026 | $27,326.78 | $7,237.65 | $20,089.13 | unknown |
| 437908 | DISP-5860917 | A0431 | BCBS IN | Unknown | Unknown | 6/9/2026 | $42,009.05 | $17,512.26 | $24,496.79 | unknown |
| 437908 | DISP-5860918 | A0436 | BCBS IN | Unknown | Unknown | 6/9/2026 | $20,607.08 | $5,339.25 | $15,267.83 | unknown |
| 440765 | DISP-5099832 | A0431 | BCBS IN | Unknown | Unknown | 3/4/2026 | $42,009.05 | $11,674.83 | $30,334.22 | unknown |
| 440765 | DISP-5099834 | A0436 | BCBS IN | Unknown | Unknown | 3/5/2026 | $7,615.66 | $1,344.70 | $6,270.96 | unknown |
| 443269 | DISP-5264011 | A0431 | BCBS IN | Unknown | Unknown | 6/12/2026 | $42,009.05 | $12,475.00 | $29,534.05 | unknown |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 443269 | DISP-5264012 | A0436 | BCBS IN | Unknown | Unknown | 5/28/2026 | $21,055.06 | $5,922.00 | $15,133.06 | unknown |
| 444328 | DISP-5065837 | A0431 | BCBS IN | Unknown | Unknown | 2/9/2026 | $42,009.05 | $17,512.26 | $24,496.79 | unknown |
| 444328 | DISP-5065838 | A0436 | BCBS IN | Unknown | Unknown | 3/13/2026 | $12,991.42 | $3,440.85 | $9,550.57 | unknown |
| 446599 | DISP-5533277 | A0431 | BCBS IN | Unknown | Unknown | 4/3/2026 | $42,009.05 | $11,342.89 | $30,666.16 | unknown |
| 439184 | DISP-5092576 | A0436 | BCBS IN | Unknown | Unknown | 2/24/2026 | $19,711.12 | $5,372.84 | $14,338.28 | unknown |
| 450379 | DISP-6121964 | A0431 | BCBS IN | Unknown | Unknown | 6/26/2026 | $43,123.60 | $16,703.25 | $26,420.35 | unknown |
| 427150 | DISP-5105961 | A0431 | BCBS IN | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 6/12/2026 | $40,269.10 | $12,090.00 | $28,179.10 | Yes |
| 435214 | DISP-4544218 | A0431 | BCBS IN | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 4/16/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 435214 | DISP-4783668 | A0436 | BCBS IN | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 5/4/2026 | $14,783.34 | $3,915.45 | $10,867.89 | Yes |
| 443510 | DISP-5893079 | A0431 | BCBS IN | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 6/3/2026 | $42,009.05 | $17,512.26 | $24,496.79 | Yes |
| 443510 | DISP-5902360 | A0436 | BCBS IN | Walmart Inc. | Walmart Inc. Associates' Health and Welfare Plan | 5/14/2026 | $27,326.78 | $7,237.65 | $20,089.13 | Yes |
| 447182 | DISP-5647261 | A0431 | BCBS IN | Worksmart Systems, Inc. | Worksmart Systems, Inc. Health Benefits Plan | 5/28/2026 | $42,009.05 | $11,674.83 | $30,334.22 | Yes |
| 447182 | DISP-5647263 | A0436 | BCBS IN | Worksmart Systems, Inc. | Worksmart Systems, Inc. Health Benefits Plan | 6/15/2026 | $13,887.38 | $2,452.10 | $11,435.28 | Yes |
| 434146 | DISP-5376000 | A0431 | BCBS IN | XPO Cnw, Inc. | XPO Benefit Plan | 6/12/2026 | $42,009.05 | $6,602.52 | $35,406.53 | Yes |
| 434146 | DISP-5376001 | A0436 | BCBS IN | XPO Cnw, Inc. | XPO Benefit Plan | 4/24/2026 | $56,893.46 | $5,459.73 | $51,433.73 | Yes |
| 440754 | DISP-5207909 | A0431 | BCBS IN | ZBS Alliance Animal Health LLC | ZBS Pet Care Health and Welfare Plan | 6/12/2026 | $42,009.05 | $0.02 | $42,009.03 | Yes |
| 440754 | DISP-5207910 | A0436 | BCBS IN | ZBS Alliance Animal Health LLC | ZBS Pet Care Health and Welfare Plan | 6/12/2026 | $25,086.88 | $5,530.32 | $19,556.56 | Yes |
| | | | | | | | | | $4,305,061.80 | |