**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Aisin Holdings of America, Inc. and Aisin Holdings of America, Inc. Employee Benefits Plan, Defendant, whose address is c/o The Prentice-Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1600, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *[signature]*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_________________________________________________________________________________
on ______________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_________________________________________________________________________________
_________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________________
_________________________________________________________________________________
_________________________________________________________________________________

I did not serve the summons because _______________________________________________________
_________________________________________________________________________________
_________________________________________________________________________________

Returned ______________________________________________
________________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Heritage Distributing, Inc. and Heritage Distributing, Inc. Health and Welfare Plan, Defendant, whose address is c/o Business Filings Incorporated, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature] *Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ____________________________ as attached was received by me on __________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ______________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________________
________________________________________________________________________
on ______________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________
________________________________________________________________________
on _______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________________
________________________________________________________________________
________________________________________________________________________

I did not serve the summons because ___________________________________________________________
________________________________________________________________________
________________________________________________________________________

Returned ______________________________________________

________________________________________
Sheriff, ________________________________ County, Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: Ardagh Glass Inc. and Ardagh Glass Inc. Group Benefits Plan, Defendant, whose address is c/o CT Corporation System 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ________________

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ________________________

________________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________

   ______________________________________________________________________________

   on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ______________________________________________________________________________

   ______________________________________________________________________________

   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________

   ______________________________________________________________________________

   ______________________________________________________________________________

I did not serve the summons because ________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Returned ___________________________________________

___________________________________________________

Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Walmart Inc. and Walmart Inc. Associates' Health and Welfare Plan, Defendant, whose address is c/o C T Corporation System, 334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________
______________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ___________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ____________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned __________________________________________
______________________________________________
Sheriff, ____________________________ County, Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: General Motors LLC and General Motors Health Care Program for Hourly Rate Employees, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_____________________________________________________________________________________
on ___________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_____________________________________________________________________________________
_____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________________
_____________________________________________________________________________________
_____________________________________________________________________________________

I did not serve the summons because _____________________________________________________________
_____________________________________________________________________________________________
_____________________________________________________________________________________________

Returned ___________________________________________
______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Toyota Industries North America, Inc. and Toyota Industries North America, Inc. Welfare Benefit Plan, Defendant, whose address is c/o Business Filings Incorporated, 334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________
____________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________
____________________________________________________________________________
____________________________________________________________________________

I did not serve the summons because ________________________________________________
____________________________________________________________________________
____________________________________________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br> ***Plaintiff,*** <br> **v.** <br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Titanium Metals Corporation and TMC Group Health & Welfare Plan, Defendant, whose address is c/o CSC Lawyers Incorporating Service, 251 Little Falls Drive, Wilmington, DE 19808.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature] *Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ____________________________ as attached was received by me on __________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ______________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________________
________________________________________________
on ________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________
________________________________________________
on ________________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________
________________________________________________
________________________________________________

I did not serve the summons because ________________________________________________
________________________________________________
________________________________________________

Returned ________________________________________________
________________________________________________
Sheriff, ________________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Amacor and Amacor Health and Welfare Benefit Plan, Defendant, whose address is c/o Advanced Magnesium Alloys Corporation, RA: Jan. A Guy 1820 E. 32nd St., Anderson, IN 46013.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature]
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________

   ________________________________________________________________________________

   on _____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ________________________________________________________________________________

   ________________________________________________________________________________

   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________

   ________________________________________________________________________________

   ________________________________________________________________________________

I did not serve the summons because _________________________________________________________

____________________________________________________________________________________

____________________________________________________________________________________

Returned ___________________________________________

____________________________________________________

Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff*****,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD (“ANTHEM”), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Donaldson Company, Inc. and Donaldson Company, Inc. Comprehensive Welfare Benefit Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature] *Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on _________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ___________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because __________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ____________________________________
____________________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.,*** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Fca US, LLC and Fca US, LLC Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________.

______________________________
Clerk

Return Receipt Number ____________________ as attached was received by me on ____________________.

______________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ______________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________
______________________________
on ______________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________
______________________________
on ____________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________
______________________________
______________________________

I did not serve the summons because ______________________________
______________________________
______________________________

Returned ______________________________
______________________________
Sheriff, ____________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: R1 RCM Holdco, Inc. and R1 RCM Holdco Inc. Employee Benefits Plan, Defendant, whose address is c/o C T Corporation System, 334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________ ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________
on __________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________
____________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________
____________________________________________________________________

I did not serve the summons because _______________________________________________________
____________________________________________________________________
____________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff*,** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: ZBS Alliance Animal Health LLC and ZBS Pet Care Health and Welfare Plan, Defendant, whose address is c/o C T Corporation System, 334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

__________________________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

__________________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________
______________________________________________________________________________
on _____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ___________________________________________
__________________________________________________
Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.*****,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Allison Transmission, Inc. and Allison Transmission, Inc. Employee Benefit Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________

______________________________________________________________________________

on _________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

______________________________________________________________________________

______________________________________________________________________________

on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

I did not serve the summons because ______________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Returned _____________________________________________

______________________________________________________

Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § § § § § | |
| ***Defendants.*** | | |

TO: Knauf Insulation Inc. and Knauf Insulation Inc. Employee Benefit Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________
on ___________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________
______________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________
______________________________________________________________________

I did not serve the summons because ______________________________________________________
______________________________________________________________________
______________________________________________________________________

Returned ____________________________________________

______________________________________________________

Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD (“ANTHEM”), *ET AL.*,** | § § § § § | |
| ***Defendants.*** | | |

TO: American Water Works Company, Inc. and Group Insurance Plan for Active Employees of American Water Works CO., Inc. & Its Designated Subsidiaries & Affiliates, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_________________________________________.

______________________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on _________________________.

______________________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at _____________________________________________

______________________________________________________________________________________

on __________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

______________________________________________________________________________________

______________________________________________________________________________________

on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ___________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

I did not serve the summons because _________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

Returned ______________________________________________

______________________________________________________

Sheriff, ________________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Century Aluminum Sebree LLC and Century Aluminum Sebree LLC Health and Welfare Benefit Plan, Defendant, whose address is c/o Corporation Service Company, 315 High Street, Frankfort, KY 40601.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
________________________________________________________________________
on ______________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________
________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
________________________________________________________________________
________________________________________________________________________

I did not serve the summons because _____________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Rolls Royce North America, Inc. and Rolls Royce North America, Inc. Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on _________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________
______________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ___________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned __________________________________________
______________________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Central States, SE and SW Areas Health and Pension Funds and Central States Flexible Benefits Plan, Defendant, whose address is c/o Thomas C. Nyhan, 8647 West Higgins Road, Chicago, IL 60631.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________________
on __________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________________
____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________________________
____________________________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Board of Trustees - Chicago & Vicinity Laborers District Council and Chicago & Vicinity Laborers District Council Health and Welfare Benefit Fund, Defendant, whose address is c/o Catherine Wenskus, Administrator, Chicago & Vicinity Laborers' District Council Health & Welfare Plan, 11465 W. Cermak Road, Westchester, IL 60154.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________ CLERK OF COURT, Kristine L. Seufert ____________

BY: *Laura Townsend* Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

_______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

_______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________

   _______________________________________________________________________________

   on _____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   _______________________________________________________________________________

   _______________________________________________________________________________

   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________

   _______________________________________________________________________________

   _______________________________________________________________________________

I did not serve the summons because _________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

Returned ___________________________________________

_______________________________________

Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** *Plaintiff,* v. **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.,*** ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Board of Trustees of the Heartland Healthcare Fund and Board of Trustees of Heartland Healthcare Fund Plan, Defendant, whose address is c/o Kristina M. Gustaferri. Mid-America Carpenters Regional Council Health Fund, 12 E. Erie Street, Chicago, IL 60611.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

Seal

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ___________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because _____________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ________________________________________
________________________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: Compsych Management Corporation and Compsych Management Corporation Welfare Benefit Plan, Defendant, whose address is c/o Adam Gotskind, 130 E. Randolph Street, Suite 700, Chicago, IL 60601.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

_______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

_______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________
_______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_______________________________________________________________________________
_______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

I did not serve the summons because ______________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Returned ____________________________________________
_____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Accuburn of Williamsport and Accuburn of Williamsport Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o Marcus McGowen, 5502 W 875 N, Delphi, IN 46923.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ________________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on
______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________
________________________________________
on ________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________
________________________________________
on ___________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________
________________________________________
________________________________________

I did not serve the summons because ________________________________________
________________________________________
________________________________________

Returned ________________________________

________________________________________
Sheriff, ___________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD (“ANTHEM”), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: American Senior Communities, LLC and American Senior Communities, LLC Master Welfare Plan, Defendant, whose address is c/o Turtle Creek Management, Inc., 6900 South Gray Road, Indianapolis, IN 46237.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on _______________________.

________________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
   ________________________________________________________________________________
   on ______________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
   ________________________________________________________________________________
   ________________________________________________________________________________
   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________________
   ________________________________________________________________________________
   ________________________________________________________________________________

I did not serve the summons because ______________________________________________________
________________________________________________________________________________
________________________________________________________________________________

Returned ___________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Board of Trustees - Mid Central Operating Engineers Health and Welfare and Mid Central Operating Engineers Health and Welfare Fund, Defendant, whose address is c/o Board of Trustees of the Mid Central Operating Engineers Health & Welfare Fund, 1100 Poplar Street, P.O. Box 9605, Terre Haute, Indiana 47808.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

_______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

_______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________
_______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_______________________________________________________________________________
_______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

I did not serve the summons because ______________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Returned ___________________________________________
_______________________________________________
Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Board of Trustees of Line Construction Benefit Fund and Line Construction Benefit Fund, Defendant, whose address is c/o Florencio Chavez, 6140 Linda LN, Indianapolis, IN, 46241.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________
on __________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________
____________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________
____________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________
____________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § § § § § | |
| ***Defendants.*** | | |

TO: Board of Trustess of the Sheet Metal Workers Local 20 Welfare Fund and Sheet Metal Workers Local 20 Welfare Fund, Defendant, whose address is c/o William R. Groth, 1213 N Arlington Ave #204, Indianapolis, IN, 46219 - 0000.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature] *Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________

______________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
________________________________________________________________________
on _______________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________
________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
________________________________________________________________________
________________________________________________________________________

I did not serve the summons because ______________________________________________________
________________________________________________________________________
________________________________________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Board of Trustess of the Wv/Wci School Trust and Wv/Wci School Trust Plan, Defendant, whose address is c/o Nicole Jacks, President, 1 Berry Lane, Logansport, Indiana 46947-3901.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________________
on ________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________________
____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________________________
____________________________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.*****,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Cummins Inc. and Cummins Inc Group Insurance Plan, Defendant, whose address is c/o Corporation Service Company 135 North Pennsylvania Street, Suite 1600, Indianapolis 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________
on ____________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________
______________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________
______________________________________________________________________
______________________________________________________________________

I did not serve the summons because _______________________________________________________
______________________________________________________________________
______________________________________________________________________

Returned ____________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Draper, Inc. and Draper, Inc. Group Health Plan, Defendant, whose address is c/o Jerry E Crone, 411 S Pearl Street, Spiceland, IN 47385.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at _____________________________________________
______________________________________________________________________________________
on ___________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________________
______________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________

I did not serve the summons because __________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________

Returned _____________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Eli Lilly and Company and The Lilly Employee Welfare Plan, Defendant, whose address is c/o National Registered Agents, Inc., 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature] *Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
   ________________________________________________________________________
   on _____________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
   ________________________________________________________________________
   ________________________________________________________________________
   on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
   ________________________________________________________________________
   ________________________________________________________________________

I did not serve the summons because ___________________________________________________________
_____________________________________________________________________________
_____________________________________________________________________________

Returned ____________________________________________

_____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Enkei America, Inc. and Enkei America, Inc. Employee Benefit Plan, Defendant, whose address is c/o Michael S. Turner, 2900 W. Inwood Dr., Columbus, IN 47201.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________
______________________________________________________________________________
on __________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ____________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ______________________________________
______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br> ***Plaintiff,*** <br> **v.** <br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.,*** <br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Girtz Industries, Inc. and Girtz Industries Inc Health Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_______________________________________________________________
on _____________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_______________________________________________________________
_______________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________
_______________________________________________________________
_______________________________________________________________

I did not serve the summons because ____________________________________________________
_______________________________________________________________
_______________________________________________________________

Returned ____________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: ILAB, LLC and ILAB, LLC Welfare Benefit Plan, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

_______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

_______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________
_____________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_____________________________________________________________________________
_____________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________________
_____________________________________________________________________________
_____________________________________________________________________________

I did not serve the summons because _______________________________________________________
_____________________________________________________________________________
_____________________________________________________________________________

Returned ___________________________________________
___________________________________________
Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Indiana Automotive Fasteners, Inc. and Indiana Automotive Fasteners Welfare Benefit Plan, Defendant, whose address is c/o Cleo Walker, 1300 Anderson Blvd, Greenfield, IN 46140.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
________________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________________
________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________________________
____________________________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: International Union of Operating Engineers and Operating Engineers Group Insurance Plan, Defendant, whose address is c/o April Kepner, 2716 South Rangeline Road, Anderson, IN 46017.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________________
____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

I did not serve the summons because _______________________________________________________________
____________________________________________________________________________________________
____________________________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff*,** | § | |
| **v.** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: Kimball International and Kimball International, Inc. Master Welfare Benefits Plan, Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

__________________________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

__________________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________
_______________________________________________________________________________
on _____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_______________________________________________________________________________
_______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

I did not serve the summons because _________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Returned __________________________________________
__________________________________________________
Sheriff, _____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**PHI HEALTH, LLC,**

***Plaintiff,***

**v.**

**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**

***Defendants.***

§ § § § § § § § § § §

**Civil Case No. 1:26-cv-1918-JPH-CSW**

TO: Ler TechForce LLC and Ler TechForce LLC Welfare Benefit Plan, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
________________________________________________________________________
on ____________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________
________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________
________________________________________________________________________
________________________________________________________________________

I did not serve the summons because ____________________________________________________
________________________________________________________________________
________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Meijer, Inc. and Meijer Welfare Benefits Plan, Defendant, whose address is c/o John Heath, 428 N Market St Ste B Monon, IN, 47959-9799 United States.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ___________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ______________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Nippon Pipe Steel America and Nippon Steel Pipe America, Inc. Employee Benefit Plan, Defendant, whose address is c/o Hiroshi Ono, 1515 E. 4th St. Rd., Seymour, IN 47274.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________.

______________________________
Clerk

Return Receipt Number ______________________ as attached was received by me on ____________________.

______________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ______________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________
______________________________________________________________
on ______________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________
______________________________________________________________
on __________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________
______________________________________________________________
______________________________________________________________

I did not serve the summons because ______________________________________________
______________________________________________________________
______________________________________________________________

Returned ______________________________________
______________________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Old National Bancorp and Old National Bancorp Employee Welfare Benefits Plan, Defendant, whose address is c/o C T Corporation System, 1 Main ST, Evansville, IN, 47708 - 1464.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature]
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________________________________________________________________________
   on __________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at _____________________________________________________________________________________________________________________________________________________________________________________
   on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________________________________________________________________________________________________________________________________________

I did not serve the summons because ___________________________________________________________________________________________________________________________________________________________________________________________

Returned _____________________________________________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Premier Heating and Air and Premier Heating and Air Self Funded Medical Reimbursement Plan, Defendant, whose address is c/o Wayne Opel, 9425 Motz Rd, Evansville, IN, 47720 - 7995.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ____________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ______________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________________

   ________________________________________________________________________________

   on ________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ________________________________________________________________________________

   ________________________________________________________________________________

   on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________________

   ________________________________________________________________________________

   ________________________________________________________________________________

I did not serve the summons because ____________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

Returned ______________________________________________

________________________________________________________

Sheriff, ________________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Red Gold, Inc. and Red Gold, Inc. Employee Benefit Plan, Defendant, whose address is c/o Beau Reichart, 1500 Tomato Country Way, PO Box 83, C/O Finance, Elwood, IN, 46036.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
________________________________________________________________
on ________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________
________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
________________________________________________________________
________________________________________________________________

I did not serve the summons because ________________________________________________________________
________________________________________________________________
________________________________________________________________

Returned ____________________________________________
________________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Samtec, Inc. and Samtec, Inc. Group Health and Welfare Plan, Defendant, whose address is c/o John Shine, 520 Park East Blvd., New Albany, IN, 47150 - 0000.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at _____________________________________________
_____________________________________________
on _____________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_____________________________________________
_____________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _____________________________________________
_____________________________________________
_____________________________________________

I did not serve the summons because _____________________________________________
_____________________________________________
_____________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: State Farm Mutual Automobile Insurance Company and Group Health and Welfare Plan for United States Employees, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

______________
Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number ___________________________ as attached was received by me on _________________________.

______________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on _____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________ ______________________________________________ on ______________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at ______________________________________________ ______________________________________________ on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________ ______________________________________________ ______________________________________________

I did not serve the summons because ______________________________________________ ______________________________________________ ______________________________________________

Returned ______________________________________________

______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.*****,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Subaru of Indiana Automotive, Inc. and Subaru of Indiana Automotive, Inc. Health and Wellness Plan, Defendant, whose address is c/o Rachel Hazaray, 5500 State Rd 38 East, PO Box 5689, Lafayette, IN, 47905.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ________________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________________
______________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ___________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________

I did not serve the summons because _______________________________________________________________
______________________________________________________________________________________________
______________________________________________________________________________________________

Returned ____________________________________________
______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Taylor University and Taylor University Employee Benefit Plan, Defendant, whose address is c/o Chris Jones, 1846 Main Street, Upland, IN, 46989.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: [signature]
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

______________________________
Clerk

Return Receipt Number ____________________ as attached was received by me on __________________.

______________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________

   ________________________________________

   on ________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ________________________________________

   ________________________________________

   on ______________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________

   ________________________________________

   ________________________________________

I did not serve the summons because ________________________________________

________________________________________

________________________________________

Returned ______________________________

______________________________

Sheriff, ______________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: The Allstate Corporation and The Allstate Corporation Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o CT Corporation System, 334 N Senate Ave, Indianapolis, IN, 46204-1708.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

_________________________________________________

Clerk

Return Receipt Number _________________________ as attached was received by me on ______________________.

_________________________________________________

Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________

   ______________________________________________________________________________

   on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ______________________________________________________________________________

   ______________________________________________________________________________

   on ___________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________

   ______________________________________________________________________________

   ______________________________________________________________________________

I did not serve the summons because _____________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

Returned __________________________________________

_________________________________________________

Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD (“ANTHEM”), *ET AL.*,** | § § § § | |
| | § | |
| ***Defendants.*** | | |

TO: The Ford Meter Box Company, Inc. and The Ford Meter Box Company, Inc. Employee Benefit Plan, Defendant, whose address is c/o Emily Boardman, 775 Manchester Ave., Wabash, IN, 46992.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on
________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________
on __________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________
____________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________
____________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________
____________________________________________________________________

Returned _____________________________________________
_____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § § § § § | |
| ***Defendants.*** | | |

TO: Tristar, Inc. and Tristar Employee Benefits Plan, Defendant, whose address is c/o Vicente Carlos Gaitani,1801 S Liberty Drive, Suite 200, Bloomington, IN, 47403.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

____________________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

____________________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_________________________________________________________________________________
on ______________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_________________________________________________________________________________
_________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ________________________________________________________
_________________________________________________________________________________
_________________________________________________________________________________

I did not serve the summons because _____________________________________________________________
_____________________________________________________________________________________________
_____________________________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § § § § § | |
| ***Defendants.*** | | |

TO: Worksmart Systems, Inc. and Worksmart Systems, Inc. Health Benefits Plan, Defendant, whose address is c/o Matthew T. Thomas, 8531 Bash Street, Indianapolis, IN, 46250.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________________
on ______________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________________
____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

I did not serve the summons because _________________________________________________________
________________________________________________________________________________________
________________________________________________________________________________________

Returned ____________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: XPO Cnw, Inc. and XPO Benefit Plan, Defendant, whose address is c/o Sean Kelly, 2200 Airwest Blvd, Plainfield, IN 46168.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ________________ ________________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because _______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned _____________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Churchill Downs Incorporated and Churchill Downs Incorporated Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ________________________________________________________
__________________________________________________________________________________
__________________________________________________________________________________

Returned ____________________________________________
______________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"),** ***ET AL.*****,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Heritage Hardwoods of Kentucky and Heritage Hardwoods of Kentucky Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o Frank Wiley, 1507 Production Rd, Jeffersonville, IN, 47130.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________
on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ______________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ____________________________________________
_____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Landmark Dividend LLC and Landmark Dividend LLC Health and Welfare Plan, Defendant, whose address is c/o C T Corporation System,334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ___________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ____________________________________________
______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: SRG Global, Inc. and SRG Global Post-Employment Benefit Plan, Defendant, whose address is c/o CCS Global Solutions, Inc., 150 W. Market Street, Suite 400, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

__________________________________________.

__________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on __________________________.

__________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on _____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________________
________________________________________________________________________________________
on ____________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________________________
________________________________________________________________________________________
on ________________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________________
________________________________________________________________________________________
________________________________________________________________________________________

I did not serve the summons because _________________________________________________________________
______________________________________________________________________________________________________
______________________________________________________________________________________________________

Returned ___________________________________________
____________________________________________________
Sheriff, ________________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: Best Aire Compressor Services and Best Aire Compressor Services Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o Thomas C. Russell, 44220 40th Street, Grand Rapids, MI 49512.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________
______________________________________________________________________
on ____________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________
______________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________
______________________________________________________________________

I did not serve the summons because ______________________________________________________________
______________________________________________________________________
______________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Pepsico, Inc. and Pepsico Employee Health Care Program, Defendant, whose address is c/o C T Corporation System, 334 North Senate Avenue, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_____________________________________________________________________
on ________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_____________________________________________________________________
_____________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _________________________________________________
_____________________________________________________________________
_____________________________________________________________________

I did not serve the summons because ____________________________________________________
_____________________________________________________________________
_____________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Trademark Mechanical and Trademark Mechanical Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o The Corporation, 27 Stewart Street, Brooklyn, NY, United States, 11207.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

__________________________________________________

Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

__________________________________________________

Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ___________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ___________________________________________

   ______________________________________________________________________________

   on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ______________________________________________________________________________

   ______________________________________________________________________________

   on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _______________________________________________________

   ______________________________________________________________________________

   ______________________________________________________________________________

I did not serve the summons because ____________________________________________________________

_________________________________________________________________________________________

_________________________________________________________________________________________

Returned ___________________________________________

__________________________________________________

Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: The Kroger Co. and The Kroger Co. Health and Welfare Benefit Plan, Defendant, whose address is c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1600, Indianapolis, IN, 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ____________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________________________
on __________________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________________________
____________________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________________
____________________________________________________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Michael Lichtenberg & Sons Construction, Inc. and Michael Lichtenberg & Sons Construction, Inc. Employee Health and Welfare Benefit Plan, Defendant, whose address is c/o Michael Lichtenberg, 3428 Hauck Road, Suite A, Cincinnati, OH 45241-4603.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________________________________
on __________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________________________________
____________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
____________________________________________________________________
____________________________________________________________________

I did not serve the summons because ______________________________________________________________
____________________________________________________________________________
____________________________________________________________________________

Returned ____________________________________________
____________________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Columbia Sportswear Company and Group Insurance Plan for Columbia Sportswear Company, Defendant, whose address is c/o United Agent Group, Inc., 8520 Allison Pointe Blvd #220, Indianapolis IN, 46250.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ______________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ______________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________
______________________________________
on ______________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________
______________________________________
on ______________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________
______________________________________
______________________________________

I did not serve the summons because ______________________________________
______________________________________
______________________________________

Returned ______________________________________

______________________________________
Sheriff, ______________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: The Board of Trustees, National Railway Carriers & UTU Health and Welfare Plan and The Smart-Td Health & Welfare Plan, Defendant, whose address is c/o The Board of Trustees, National Railway Carriers & UTU Health and Welfare Plan, c/o National Carriers' Conference Committee, 251 18th Street South, Suite 750, Arlington, VA 22202.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
_______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
_______________________________________________________________________________
_______________________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

I did not serve the summons because _________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

Returned ________________________________________

________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,**<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Champlain Housing Trust, Inc. and Champlain Housing Trust Health & Welfare Benefit Plan, Defendant, whose address is c/o Dunkiel Saunders Elliott Raubvogel & Hand, PLLC, 91 College Steet, PO Box 545, Burlington, VT 05401.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

_______________________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

_______________________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at __________________________________________

   ______________________________________________________________________________

   on ___________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ______________________________________________________________________________

   ______________________________________________________________________________

   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________

   ______________________________________________________________________________

   ______________________________________________________________________________

I did not serve the summons because ___________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Returned __________________________________________

_______________________________________________

Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br><br> ***Defendants.*** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Planned Parenthood Great Northwest Hawaii Alaska Indiana Kentucky and Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky Group Health and Welfare Plan, Defendant, whose address is c/o Corporate Creations Network Inc., 8520 Allison Pointe Blvd #220, Indianapolis, IN, 46250.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ___________________________ as attached was received by me on _________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on _____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________
______________________________________________________________________________
on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________________
______________________________________________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

I did not serve the summons because ___________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Returned ______________________________________________
______________________________________________
Sheriff, _______________________________ County, Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Lafayette School Corporation and Lafayette School Corporation Benefits Plan, Defendant, whose address is c/o Julie Peretin, President, Board of Trustees, 2300 Cason Street, Lafayette, IN 47904.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________
________________________________________________________________
on ______________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________
________________________________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________
________________________________________________________________
________________________________________________________________

I did not serve the summons because ____________________________________________________
________________________________________________________________________
________________________________________________________________________

Returned ______________________________________
______________________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: North Vermillion Community School Corporation and North Vermillion Community School Corporation Benefits Plan, Defendant, whose address is c/o President, Board of School Trustees of the North Vermillion Community School Corporation, 5551 N. Falcon Drive, Cayuga, IN 47928.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of ________ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number ____________________________ as attached was received by me on __________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ______________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ________________________________________________
________________________________________________________________________________
on ______________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
________________________________________________________________________________
________________________________________________________________________________
on ________________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: _____________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

I did not serve the summons because ________________________________________________________________
________________________________________________________________________________________
________________________________________________________________________________________

Returned ________________________________________________

________________________________________________________

Sheriff, ________________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: Muncie Community Schools and Muncie Community Schools Benefit Plan, Defendant, whose address is c/o Julie Peretin, President, Board of Trustees, 2300 Cason Street, Lafayette, IN 47904.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

CLERK OF COURT, Kristine L. Seufert

Dated 9/15/2026 ____________ BY: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________

____________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

______________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

______________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
______________________________________________________________________
on _____________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________
______________________________________________________________________
on _____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: __________________________________________________________
______________________________________________________________________
______________________________________________________________________

I did not serve the summons because ______________________________________________________________
______________________________________________________________________
______________________________________________________________________

Returned ____________________________________________
______________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Anthem Insurance Companies, Inc., Defendant, whose address is c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________

CLERK OF COURT, Kristine L. Seufert

BY: *Laura Townsend*
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

________________________________________.

________________________________________
Clerk

Return Receipt Number __________________________ as attached was received by me on ________________________.

________________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on ____________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ____________________________________________
____________________________________________
on ____________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
____________________________________________
____________________________________________
on ______________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ____________________________________________
____________________________________________
____________________________________________

I did not serve the summons because ____________________________________________
____________________________________________
____________________________________________

Returned ____________________________________________
____________________________________________
Sheriff, ______________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| | § | |
| ***Defendants.*** | § | |

TO: Midwest Area School Employees' Insurance Trust and MASE Insurance Trust Benefits Plan., Defendant, whose address is c/o John Heath, President, 428 N. Market Street, Suite B, Monon, Indiana 47959.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026 ______________ ______________

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

---

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ______________________

______________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

_______________________________________.

_______________________________________
Clerk

Return Receipt Number _________________________ as attached was received by me on _______________________.

_______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________

   ________________________________________________________________________________

   on ____________________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at

   ________________________________________________________________________________

   ________________________________________________________________________________

   on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________________

   ________________________________________________________________________________

   ________________________________________________________________________________

I did not serve the summons because ______________________________________________________

________________________________________________________________________________

________________________________________________________________________________

Returned ___________________________________

_____________________________________________

Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** <br> ***Plaintiff,*** <br> **v.** <br> **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** <br> ***Defendants.*** | § § § § § § § § § § § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |

TO: Jennings County and Jennings County Benefits Plan, Defendant, whose address is c/o Matt Sporleder, President, Jennings County Board of Commissioners, 200 E. Brown Street Vernon, IN 47282 and J. Alex Zimmerman, County Attorney, 38 N. 5th Street, North Vernon, IN 47265

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

CLERK OF COURT, Kristine L. Seufert

BY: Laura Townsend
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

- ☐ To Sheriff of _______ County, Indiana
- ☒ By Registered or Certified Mail
- ☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

**PROOF OF SERVICE BY MAIL**

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on

______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ______________________.

______________________________________
Clerk

---

**PROOF OF SERVICE BY SHERIFF**

I certify that I received this summons on __________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________________
______________________________________________
on ______________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________
______________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________
______________________________________________
______________________________________________

I did not serve the summons because ______________________________________________
______________________________________________
______________________________________________

Returned ______________________________________
______________________________________
Sheriff, ____________________________ County, Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **PHI HEALTH, LLC,** | § | |
| ***Plaintiff,*** | § | **Civil Case No. 1:26-cv-1918-JPH-CSW** |
| **v.** | § | |
| **ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD ("ANTHEM"), *ET AL.*,** | § | |
| ***Defendants.*** | § | |

TO: City of Madison and City of Madison Benefits Plan, Defendant, whose address is c/o Bob Courtney, Mayor, 101 W. Main Street, Madison, IN 47250 and William Joseph Jenner, City Attorney, Jenner, Pattison & Sharpe, 508 E. Main Street, Madison, IN 47250.

You have been sued by the Plaintiff or Petitioner in the Court stated above; additional Plaintiffs or Petitioners and Defendants, if any, are shown on the complaint or petition, a copy of which is served with this summons. The nature of the suit and the demand made against you is stated in the complaint or petition.

You or your attorney must file a written answer to the claim within twenty-three (23) days, commencing the day after you receive this summons by certified mail, or within twenty (20) days, commencing the day after you receive this summons by sheriff service, or judgment may be entered against you for what has been demanded in the complaint. An answer is considered filed when it is received in the office of the Clerk at the address listed at the top of this summons. The method you choose to deliver the answer to the Clerk is up to you; however, you should be able to prove that you filed your answer. If you have a claim against the Plaintiff or Petitioner, or any of them, arising from the same transaction or occurrence, your claim must be asserted in your written answer or response.

Dated 9/15/2026

*CLERK OF COURT, Kristine L. Seufert*

BY: *Laura Townsend*
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Seal

Attorneys for Plaintiff: SNYDER MORGAN & KUCHMAY LLP

If Firm, particular attorneys: Jason M. Kuchmay, #20974-02

Address of Attorneys: 4211 Clubview Drive, Fort Wayne, Indiana 46804 (574) 457-3300
Telephone Number

PRAECIPE TO THE CLERK

Issue the Summons for service as checked:

☐ To Sheriff of _______ County, Indiana
☒ By Registered or Certified Mail
☐ In accordance with Supplementary Praecipe filed.

*/s/ Jason M. Kuchmay*
Attorney for Plaintiff

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACKNOWLEDGMENT OF SERVICE

A copy of this summons and of the complaint or petition was received by me on ____________________

____________________
Signature

## PROOF OF SERVICE BY MAIL

I certify that I mailed, postage prepaid, this summons and a copy of the complaint or petition to the defendant as addressed on the reverse under the attached registered or certified mail certificate on ______________________________________.

______________________________________
Clerk

Return Receipt Number ________________________ as attached was received by me on ________________________.

______________________________________
Clerk

---

## PROOF OF SERVICE BY SHERIFF

I certify that I received this summons on ________________________________. I served it with the complaint or petition in the manner checked.

1. By delivery to the named defendant personally at ______________________________________
______________________________________________________________________
on ______________________________________________________________________.

2. By leaving a copy at the dwelling house or usual place of abode of the named defendant at
______________________________________________________________________
______________________________________________________________________
on ____________________________ and by mailing a copy of the summons without the complaint or petition to the defendant at the address as stated.

3. Special circumstances as stated: ______________________________________________
______________________________________________________________________
______________________________________________________________________

I did not serve the summons because ______________________________________________
______________________________________________________________________
______________________________________________________________________

Returned ______________________________________
______________________________________
Sheriff, ____________________________ County, Indiana