# *UNITED STATES DISTRICT COURT*

## *Southern District of Indiana*

***Kristine L. Seufert***

***Clerk of the Court***

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

September 16, 2026

Re: PHI HEALTH, LLC v. ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTEHM BLUE CROSS AND BLUE SHIELD et al
Cause Number: 1:26−cv−01918−JRO−CSW

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge James Patrick Hanlon to the docket of Judge Justin R. Olson on September 16, 2026. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:26−cv−01918−JRO−CSW should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court

By: s/Dan Habing
Dan Habing, Deputy Clerk