**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PHI HEALTH, LLC,<br>Plaintiff,<br><br>vs.<br><br>ANTHEM INSURANCE COMPANIES, INC., D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, et al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01918-JRO-CSW |

**NOTICE OF APPEARANCE**

Please take notice that Mark D. Kundmueller of Troutman Pepper Locke, LLP, hereby enters his appearance as counsel of record for Defendants Anthem Insurance Companies, Inc. ("Anthem"), Allison Transmission, Inc., AMACOR, Cummins, Inc., Draper, Inc., Kimball International, Inc., Lafayette School Corporation, Samtec, Inc, Taylor University, The Kroger Co., Toyota Industries North America, Inc., TRISTAR, Inc., and Worksmart Systems, Inc, in the above captioned matter. Please send all notices to the undersigned.

Dated: October 7, 2026

Respectfully submitted,

By*: /s/ Mark D. Kundmueller*
Mark D. Kundmueller (#28427-71)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7586
mark.kundmueller@troutman.com
*Attorney for Anthem Insurance Companies, Inc. ("Anthem"), Allison Transmission, Inc., AMACOR, Cummins, Inc., Draper, Inc.,*

*Kimball International, Inc., Lafayette School Corporation, Samtec, Inc, Taylor University, The Kroger Co., Toyota Industries North America, Inc., TRISTAR, Inc., and Worksmart Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, a true and correct copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Mark D. Kundmueller*
Mark D. Kundmueller (#28427-71)