AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| PHI Health, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-1918-JPH-CSW |
| Anthem Insurance Companies, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Columbia Sportswear, Inc. .

Date: 10/21/2026

/s/ J. Gordon Howard
*Attorney's signature*

J. Gordon Howard (TN 026850)
*Printed name and bar number*

1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
*Address*

gordon@jghlegal.com
*E-mail address*

(901) 902-5610
*Telephone number*

(855) 511-1262
*FAX number*