**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **PHI HEALTH, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | No. 1:26-cv-01918-JRO-CSW |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al.,** | § | |
| | § | |
| | § | |
| *Defendants*. | | |

---

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC dismisses without prejudice all of its claims in this action against Defendant Champlain Housing Trust, Inc. and the welfare benefit plan sponsored by it. The claims against the other Defendants are not dismissed and remain pending.

Dated: October 21, 2026.

Respectfully submitted,

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine (*Admitted in Southern District of Indiana*)
Texas Bar No. 24027236
elizabeth.lemoine@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200

-AND-

Jason M. Kuchmay, #20974-02
4211 Clubview Drive
Fort Wayne, Indiana 46804
Telephone: 574-457-3300
jmk@smk.law

R. Thomas Lowe
Lorch Naville Ward, LLC
506 State Street, P.O. Box 1343
New Albany, IN 47150
tlowe@lnwlegal.com
Telephone: (812) 949-1000

**COUNSEL FOR PLAINTIFF PHI HEALTH, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing document was filed and served using the Court's CM/ECF system and served upon counsel for all parties of record.

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine