UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHI HEALTH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTEHM BLUE CROSS AND BLUE SHIELD, *et al.*,<br><br>Defendants. | ) | No. 1:26-cv-01918-JRO-CSW |

**ORDER ON NOTICE OF PARTIAL DISMISSAL**

Plaintiff PHI Health, LLC's has filed two plaintiff's notices of partial dismissal without prejudice, dkts. [25], [26]. These are **GRANTED** to the extent that they are effective as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The action is **DISMISSED without prejudice** against Defendants Champlain Housing Trust, Inc., Accuburn of Williamsport; Amacor; Gritz Industries, Inc.; City of Madison; Jennings County; Premier Heating and Air; Tristar Inc.; and Heritage Hardwoods of Kentucky; and the heath and welfare benefits plans sponsored by them. The **clerk is directed** to terminate these defendants from the docket. The claims against the other Defendants are not dismissed and remain pending.

**SO ORDERED.**

Date: 10/23/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel