**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **PHI HEALTH, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | No. 1:26-cv-01918-JRO-CSW |
| | § | |
| **ANTHEM INSURANCE COMPANIES, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, et al.,** | § § § | |
| *Defendants.* | | |

---

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC dismisses with prejudice all of its claims in this action against Defendant International Union of Operating Engineers, and the welfare benefit plan sponsored by it. The claims against the other Defendants are not dismissed and remain pending.

Dated: October 29, 2026.

Respectfully submitted,

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine (*Admitted in Southern District of Indiana*)
Texas State Bar No. 24027236
elizabeth.lemoine@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

-AND-

Jason M. Kuchmay, #20974-02
4211 Clubview Drive
Fort Wayne, Indiana 46804

Telephone: 574-457-3300
jmk@smk.law

R. Thomas Lowe
Lorch Naville Ward, LLC
506 State Street, P.O. Box 1343
New Albany, IN 47150
tlowe@lnwlegal.com
Telephone: (812) 949-1000

**COUNSEL FOR PLAINTIFF PHI HEALTH, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a true and correct copy of the foregoing document was filed and served using the Court's CM/ECF system and served upon counsel for all parties of record.

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine