**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHEM INSURANCE COMPANIES, INC., ET AL.,**<br><br>Defendants. | Case No. 1:26-cv-00644-TWP-MG |
| **PHI HEALTH, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHEM INSURANCE COMPANIES, INC., D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ET AL.,**<br><br>Defendants. | Case No. 1:26-cv-01816-TWP-CSW |
| **PHI HEALTH, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHEM INSURANCE COMPANIES, INC., D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ET AL.,**<br><br>Defendants. | Case No. 1:26-cv-01918-JRO-CSW |

**ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS**

Before the Court is Plaintiff PHI Health, LLC's Motion to Consolidate Related Actions, seeking consolidation of Civil Action Nos. 1:26-cv-00644-TWP-MG, 1:26-cv-01816-TWP-CSW, and 1:26-cv-01918-JRO-CSW. Having considered the motion and the record, the Court finds that the actions involve common questions of law and fact concerning enforcement of independent dispute resolution awards arising from emergency air ambulance services and that consolidation will avoid unnecessary cost, delay, duplication, and the risk of inconsistent adjudications. The motion is GRANTED.

IT IS THEREFORE ORDERED that Civil Action Nos. 1:26-cv-00644-TWP-MG, 1:26-cv-01816-TWP-CSW, and 1:26-cv-01918-JRO-CSW are CONSOLIDATED for all purposes, including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil Procedure 42(a).

IT IS FURTHER ORDERED that the Clerk of Court shall FILE this Order in all three cases, Nos. 1:26-00644-TWP-MG, 1:26-cv-01816-TWP-CSW, and 1:26-cv-01918-JRO-CSW.

IT IS FURTHER ORDERED that Civil Action No. 1:26-cv-00644-TWP-MG is designated as the LEAD CASE and Civil Action Nos. 1:26-cv-01816-TWP-CSW, and 1:26-cv-01918-JRO-CSW as the MEMBER CASES. Following this ORDER, all future filings shall be made in the lead case only.

IT IS FURTHER ORDERED that the Clerk of Court may take any additional steps necessary to effectuate this consolidation.

IT IS FURTHER ORDERED that the parties shall confer and, within fourteen (14) days of this Order, shall submit for the Magistrate Judge's review, a joint proposed schedule for the consolidated actions, including any proposed changes to existing deadlines and any proposed coordinated briefing schedule.

IT IS FURTHER ORDERED that all counsel in the MEMBER CASES who have not yet filed a notice of appearance in the LEAD CASE of 1:26-cv-00644-TWP-MG shall do so as soon as practical.

IT IS FURTHER ORDERED that after consolidation, the MEMBER CASES shall be CLOSED by the Clerk. Any pending Motions in those cases shall be refiled in the LEAD CASE of 1:26-cv-00644-TWP-MG.

Date: 11/17/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF